# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   v.<br><br>ERWIN BAMACA-FUENTES,<br><br>               Defendant. | Case No. 22CR2816-RSH<br>           22MJ4134-MSB<br><br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
|---|---|

Upon motion by the United States and for good cause, the United States' Motion to Dismiss the Information Without Prejudice is GRANTED.

The Information is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: February 17, 2023.

*Robert S. Huie*
_____
Honorable Robert S. Huie
United States District Judge